

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-18-00556-CV

Salim **MERCHANT**,
Appellant

v.

**SOUTH TEXAS MERCHANT ASSOCIATION COOPERATIVE, ET AL,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI14923
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The clerk's record was due to be filed with this court on August 13, 2018. *See* TEX. R. APP. P. 35.1. The next day, the Bexar County District Clerk notified this court that Appellant has not paid the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record.

We ORDER Appellant to provide written proof to this court within TEN DAYS of the date of this order that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See id.* R. 20.1.

If Appellant fails to respond as ordered, this appeal will be dismissed for want of prosecution. *See id.* R. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court